# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Castro Rivas,<br>a.k.a.: Jose Castro-Rivas,<br>a.k.a.: Jose Luis Mendoza-Rivas,<br>(A201 153 850)<br>*Defendant* | )<br>)<br>) Case No. 17-9484 mj<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 28, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Castro Rivas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 1, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 30, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 28, 2017, Jose Castro Rivas was booked into the Maricopa County Jail (MCJ) facility by the Mesa Police Department on local charges. While in custody at the MCJ, Castro Rivas was encountered by ICE Officer B. Jansen who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 28, 2017, Castro Rivas was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Castro Rivas was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Castro Rivas to be a citizen of Mexico and a previously deported criminal alien. Castro Rivas was removed from the United States to Mexico at or near Del Rio, Texas, on or about November 1, 2013, pursuant to the

1

reinstatement of an order of removal issued by an immigration judge. There is no record of Castro Rivas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Castro Rivas' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Castro Rivas was convicted of Re-Entry of Removed Alien, a felony offense, on August 22, 2011, in the United States District Court, District of Arizona. Castro Rivas was sentenced to eight (8) months' imprisonment and three (3) years' supervised release. Castro Rivas' criminal history was matched to him by electronic fingerprint comparison.

5. On October 28, 2017, Jose Castro Rivas was advised of his constitutional rights. agreed to provide a statement under oath. Castro Rivas stated that his true and complete name is Jose Castro Rivas and that he is a citizen of Mexico. Castro Rivas stated that he illegally entered the United States in 2017, through El Paso, Texas. Castro Rivas stated that he has been previously removed from the United States and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 28, 2017, Jose Castro Rivas, an alien, was found in the United States of

America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 1, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 30th day of October, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge